Order entered November 7, 2012



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00545-CV

HERCULES INCORPARATED, Appellant

V.

MARTH ANN GENSLER, Appellee

On Appeal from the 68th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 10-08454-D

## ORDER

The Court has before it Antionette Reagor's September 4, 2012 request for extension of time to file the reporter's record. The Court **GRANTS** the request and **ORDERS** the reporter's record tendered on November 5, 2012 timely filed as of today's date.

MOLLY FRANCIS
JUSTICE